# 716 CASES REPORTED WITH BRIEF SYLLABI.

JAMES J. BOYLE, as Administrator, etc., of JOHN E. BOYLE, Deceased, Respondent, v. F. M. SCHILDWACHTER & SONS, INC., Appellant.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present— Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN MURRAY, as Administrator, etc., of JOHN MURRAY, Deceased, Respondent, v. JACOB ROSENHEIM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS MINSKY, Appellant, v. SNUDEL HYMAN, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THERESA LIND, an Infant, by ABRAHAM LEVY, Her Guardian ad Litem, Respondent, v. A. STIRLING CALDER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. BESSIE B. GREEN and Others, as Executors, etc., of WILLIAM GREEN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NEWPORT LIVE POULTRY MARKET, INC., Appellant, v. BENJAMIN L. BUGG, as Receiver of ATLANTA, BIRMINGHAM AND ATLANTIC RAILWAY COMPANY, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WENDELL P. BARKER, Appellant, v. LEWIS H. GREVE, Respondent, Impleaded with CHARLES H. WILSON and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Defendant Lewis H. Greve apparently suffered a deliberate default in actions upon promissory notes. Lack of a meritorious defense, as well as laches, bars defendant. In addition no proposed answer is before this court. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAZEL LEHMAN, Appellant, v. VICTOR EMANUEL LEHMAN, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISAAC FENSTER, Respondent, v. DAVID WELSCH, Sued Herein as DAVID WELSH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KENNETH H. BRISTOL, Appellant, v. JOHN H. DAHN and Another, Respondents, Impleaded with PHILIP GOODMAN, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of RAPHAEL D. HURWITZ to Enforce an Agreement to Submit to Arbitration. RAPHAEL D. HURWITZ, Appellant; BEN BERLIN and Another, Respondents.— Order affirmed, with ten dollars costs and disburse-